# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SCOTT POISSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  Docket no. 2:11-cv-00245-NT |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 28, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on April 17, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.  The Commissioner's final decision is VACATED and the case REMANDED for further proceedings consistent with the Recommended Decision of the Magistrate Judge.

/s/ Nancy Torresen
United States District Judge

Dated this 24th day of April, 2012.