# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SCOTT POISSON, </br>     Plaintiff, </br> </br> v. </br> </br> CAROLYN W. COLVIN, </br> Acting Commissioner of Social </br> Security, </br>     Defendant. | Civil No. 2:11-cv-00245-NT |

## **ORDER**

This matter is before the court on Plaintiff's request for fees under 42 U.S.C. § 406(b). The court has reviewed Plaintiff's request and finds it reasonable. Thus, pursuant to the power of this Court to award fees pursuant to 42 U.S.C. § 406(b):

IT IS HEREBY ORDERED that Plaintiff is entitled to 42 U.S.C. § 406(b) fees in the amount of $10,712.00. The Social Security Administration shall pay these fees from Plaintiff's retroactive Social Security benefits. The court further Orders that Plaintiff's attorney must remit to Plaintiff the amount of $3,712.00, representing attorney's fees previously awarded to him under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED.

Dated this 14th day of March, 2014

                                                /s/ Nancy Torresen </br>
                                                United States District Court Judge